**Jon J. RUNGE, Plaintiff–Appellant,**

v.

**Dr. Tom BARTON, President Greenville Technical College; Janie Reid, Dean of Financial Aid Greenville Technical College; P. George Benson, President College of Charleston; Don Griggs, Director of Financial Aid of Charleston, Defendants–Appellees,**

**and**

**South Carolina, State of; Mark Sanford, Governor of The State of South Carolina; Garrison Walters, Executive Director South Carolina Commission on Higher Education, Defendants.**

No. 09–2251.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 2, 2010.

Jon J. Runge, Appellant Pro Se. Charles Michael Groves, Chapman, Harter & Grooves, PA, Greenville, South Carolina; Christopher Louis Murphy, Stuckey Law Offices, PA, Charleston, South Carolina, for Appellees.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jon J. Runge appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Runge v. Sanford*, No. 6:08–cv–00231–GRA, 2009 WL 2601468 (Aug. 21 & 2009 WL 2601468, Oct. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*